JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTEBAN NAVA ANGELES,<br>Petitioner,<br>v.<br>J. JOHNSON, et al.,<br>Respondents. | Case No. 5:26-cv-03046-PA-DMK<br><br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

It IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied.

DATED: August 6, 2026

Percy Anderson
United States District Judge